Daniel Cooper (State Bar. No. 153576)
Layne Friedrich (State Bar No. 195431)
Michael J. Chappell (State Bar No. 238138)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com

Andrew L. Packard (State Bar No. 168690)
Michael P. Lynes (State Bar No. 230462)
LAW OFFICES OF ANDREW L. PACKARD
319 Pleasant Street
Petaluma, California 94952
Telephone: (707) 763-7227
Facsimile: (707) 763-9227
Email: Andrew@Packardlawoffices.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF FISH AND GAME; and PACIFICORP, INC.;<br><br>        Defendants. | Case No. 2:07-cv-00593-FCD-GGH<br><br>STIPULATION TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (AGAINST BOTH DEFENDANTS) AND CIVIL PENALTIES (AGAINST PACIFICORP)<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>**"AS MODIFIED"** |

Plaintiff Klamath Riverkeeper and Defendants California Department of Fish and Game and PacifiCorp hereby agree and stipulate to the following:

WHEREAS, on March 27, 2007 Klamath Riverkeeper filed but did not serve its Complaint for Declaratory and Injunctive Relief in this action;

WHEREAS, on May 30, 2007 Klamath Riverkeeper filed but did not serve its First Amended Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action;

WHEREAS, Klamath Riverkeeper has amended the First Amended Complaint to remove the California Department of Fish and Game as a defendant and to name instead the Director of the California Department of Fish and Game, in his official capacity, as defendant;

WHEREAS, in the interest of judicial economy, the Parties have agreed to stipulate to Plaintiff's filing of its Second Amended Complaint, attached hereto;

THEREFORE, the Parties hereby agree and stipulate that:

1. The Second Amended Complaint is hereby lodged, and will be considered filed upon order of the Court.

2. The Second Amended Complaint will be deemed served on Defendants L. Ryan Broddrick, in his official capacity as Director for California Department of Fish and Game, and on PacifiCorp on July 13, 2007.

3. Defendants Broddrick and PacifiCorp will file their responsive pleadings on or before August 3, 2007.

4. By stipulating to the filing of the Second Amended Complaint, Defendants do not waive any defense to Plaintiff's claims, nor any challenges to the jurisdiction of the federal court or sufficiency of the Second Amended Complaint which Defendants could have brought, in the absence of this stipulation, in an opposition to a motion by Plaintiff to file the Second Amended Complaint.

5. The filing of this stipulation by the Parties does not constitute an appearance by Defendants.

Date: July __, 2007                    LAWYERS FOR CLEAN WATER, INC.
                                       LAW OFFICES OF ANDREW L. PACKARD

                                       _____
                                       Andrew L. Packard
                                       Attorneys for Plaintiff Klamath Riverkeeper

Date: July __, 2007                             CALIFORNIA ATTORNEY GENERAL

                                                _____
                                                By: Sara J. Russell, Supervising Deputy Attorney General
                                                Attorneys for Defendant L. Ryan Broddrick, in his official capacity as Director for California Department of Fish and Game

Date: July __, 2007                             DOWNEY BRAND

                                                _____
                                                Nicole E. Granquist
                                                Attorneys for Defendant PacifiCorp Inc.

                                  ORDER

The stipulation above is adopted in full except for the following changes: Plaintiff shall electronically file the Second Amended Complaint no later than July 24, 2007. Defendants Broddrick and PacifiCorp will file their responsive pleadings on or before August 3, 2007.

IT IS SO ORDERED.

DATED: July 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE