EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
SARA J. RUSSELL
Supervising Deputy Attorney General
DANIEL M. FUCHS
Deputy Attorney General
State Bar No. 179033
TRACY L. WINSOR
Deputy Attorney General
State Bar No. 186164
   1300 I Street
   P.O. Box 944255
   Sacramento, CA  94244-2550
   Telephone:  (916) 324-5372
   Facsimile:  (916) 327-2319

Attorneys for Defendant
Director L. Ryan Broddrick, in his official
Capacity as Director of the California
Department of Fish and Game

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>        Plaintiff,<br><br>   vs.<br><br>L. RYAN BRODDRICK, in his official capacity as DIRECTOR of CALIFORNIA DEPARTMENT OF FISH AND GAME, a state agency; and PACIFICORP, INC.;<br><br>        Defendants. | Case No. 2:07-cv-00593-FCD-GGH<br><br>**STIPULATION AND ORDER TO EXTEND DATES**<br><br>Conference Date: (None Set)<br><br>Before: Hon. Judge Frank C. Damrell, Jr.<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

## STIPULATION

Plaintiff Klamath Riverkeeper ( "RIVERKEEPER") and Defendants L. Ryan Broddrick, in his official capacity as Director of the California Department of Fish and Game ("the Director") and PacifiCorp, Inc. ("PacifiCorp") (collectively referred to as "DEFENDANTS"), jointly referred to as "Parties," by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have been negotiating a settlement of this matter, and have exchanged drafts of a proposed Settlement Agreement;

WHEREAS, pursuant to the Court's Status (Pre-Trial Scheduling) Order dated October 3, 2007, the Parties were ordered to exchange their respective initial disclosures no later than December 14, 2007, and to complete all discovery by May 23, 2008; and

WHEREAS, with settlement foreseen as imminent, the Parties wish to avoid unnecessary expenditures of money, time, and effort producing documents and engaging in discovery:

IT IS HEREBY STIPULATED:

1.      The Parties will exchange their respective initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26 no later than January 14, 2008;

2.      All discovery shall be completed by June 23, 2008.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed; and

3. All other dates will remain as set forth in the Court's Status (Pre-Trial Scheduling) Order dated October 3, 2007.

Date: December 11, 2007             CALIFORNIA ATTORNEY GENERAL


                                    /s/ Daniel M. Fuchs
                                    By: Tracy L. Winsor, Deputy Attorney General
                                    Daniel M. Fuchs, Deputy Attorney General
                                    Attorneys for Defendant L. RYAN BRODDRICK, in his official capacity as Director for the CALIFORNIA DEPARTMENT OF FISH & GAME

Date: December 11, 2007             DOWNEY BRAND LLP


                                    /s/ Nicole E. Granquist
                                    By: Nicole E. Granquist
                                    Attorneys for Defendant
                                    PACIFICORP INC.


Dated: December 11, 2007            LAWYERS FOR CLEAN WATER, INC.


                                    /s/ Daniel Cooper
                                    By: Daniel Cooper
                                    Attorneys for Plaintiff
                                    KLAMATH RIVERKEEPER


        IT IS SO ORDERED

Dated: December 18, 2007            _____
                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DATES      3           CASE NO. 2:07-cv-00593-FCD-GGH